SEALED
FILED IN CHAMBERS
U.S.D.C. Atlanta
NOV 0 9 2009
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DIVISION Atlanta
(USAO 2007R00410)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:09-CR-490
UNDER SEAL

MAGISTRATE CASE NO. _____

_X_ Indictment    ___ Information    ___ Magistrate's Complaint

DATE: 11/09/09    DATE:    DATE:

UNITED STATES OF AMERICA
vs.
**THE PUBLIC WAREHOUSING COMPANY K.S.C.**
a/k/a Agility, Defense & Government Services, Inc.

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
_X_ Felony    ___ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. ___ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding ___ Yes ___ No
Date: _____   Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes ___ No
   ___ Federal   ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes   ___ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE:
JUDGE:
A.U.S.A.: BARBARA E. NELAN
DEFT'S ATTY:

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY
BY: BARBARA E. NELAN
Assistant United States Attorney

DATE: November 9, 2009