U.S. Department of Justice
United States Attorney
Northern District of Georgia

**SEALED**

FILED IN CHAMBERS

Date Submitted: November 9, 2009

NOV 0 9 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# In the United States District Court
### For The Northern District of Georgia

United States of America

v.

THE PUBLIC WAREHOUSING COMPANY
K.S.C.,
a/k/a Agility

Indictment/Information

Under Seal

CR 1:09-CR-490

Date of Indictment: November 9, 2009

## REQUEST FOR ARRAIGNMENT

DEFENDANT

( ) On Bond          (X) Issue Summons

_____
(Name)

_____
(Address)

ATTORNEY FOR DEFENDANT

_____
(Name)

_____
(Address)

SURETY

_____
(Name)

_____
(Address)

( ) SUPERSEDING INDICTMENT
( ) COMPANION CASE with Indictment No. CR _____

Other defendants previously arraigned (or now set for arr.)
_____

CATEGORY OF CASE  ( ) Short   ( ) Medium   ( ) Long
Assistant U.S. Attorney handling case  BARBARA E. NELAN
(for additional defendants--use supplemental sheet)
Special Date Requested: _____

Form No. USA-40-19-35a
(08/18/83)
N.D.Ga. 08/26/94