AO 83 (12/85) Summons in a Criminal Case  Case 1:09-cr-00490-UNA  Document 4  Filed 11/09/2009  Page 1 of 1

SEALED  FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 0 9 2009

JAMES N. HATTEN, Clerk
By: /s/ Edwards
Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

THE PUBLIC WAREHOUSING COMPANY K.S.C., a/k/a Agility
C/O THE UNITED STATES ATTORNEY

**SUMMONS IN A CRIMINAL CASE**

CASE NO. 1:09-CR-490

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: | U.S. Courthouse<br>Richard B. Russell Building<br>20th Floor, Room 2008<br>75 Spring Street<br>Atlanta, Georgia 30303-3361 |
| BEFORE: | United States Magistrate Judge Janet F. King |
| DATE AND TIME: | **FRIDAY, NOVEMBER 20, 2009**<br>**9:30 a.m.** |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 371, 1031, 1343, and 2.**

Brief description of the offense: **Conspiracy to defraud the United States; major fraud against the United States, aiding and abetting major fraud; and wire fraud.**

AUSA: BARBARA NELAN

Counsel for Defendant: To be determined

ATTEST: A TRUE COPY
CERTIFIED THIS

NOV 0 9 2009

James N. Hatten, Clerk
By: /s/
Deputy Clerk

NOVEMBER 9, 2009

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Edwards
Deputy Clerk