~~SEALED~~

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 9 2009

JAMES N. HATTEN, Clerk
By: X. Wdll - ~~Chief~~ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA, :
:
v. : Criminal No.
:
THE PUBLIC WAREHOUSING COMPANY, : **1:09-CR-490**
K.S.C., :
a/k/a :
Agility, Defense & Government Services, Inc., : ~~UNDER SEAL~~

ORDER

Having read and considered the government's Motion to Seal INDICTMENT and application and for good cause shown,

It is hereby ORDERED that the INDICTMENT be sealed.

This 9th day of November, 2009.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

_____
Presented by:
BARBARA E. NELAN