IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 1 6 2009

JAMES N. HATTEN, Clerk
By: *Wade-Chied*
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | : | |
| | : | |
| v . | : | Criminal No. |
| | : | |
| THE PUBLIC WAREHOUSING COMPANY , | : | 1:09-CR-490 |
| K.S.C., | : | |
| a/k/a Agility, | : | |
| Defendant. | : | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States of America, by F. Gentry Shelnutt, Acting United States

Attorney, and Barbara E. Nelan, Assistant United States Attorney for the Northern District of

Georgia, and moves this court to unseal the Indictment in the above-styled case.

Wherefore, the government respectfully requests that said Indictment be unsealed.

Respectfully submitted,

F. GENTRY SHELNUTT
ACTING UNITED STATES ATTORNEY

BARBARA E. NELAN
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA 30303
(404)581-6047
(404)581-5181 (Fax)
Georgia Bar No. 537537