FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 1 6 2009

JAMES N. HATTEN, Clerk
By: *[signature]* Wade-Child
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. |
| | : | |
| THE PUBLIC WAREHOUSING COMPANY, K.S.C., a/k/a Agility, | : | 1:09-CR-490 |
| Defendant. | : | |

## ORDER

It is hereby ordered that the Indictment in the above-styled case be unsealed this the 16th day of November, 2009.

dated: November 16, 2009

_____
JANET F. KING
UNITED STATES DISTRICT JUDGE

_____
Presented by
Barbara E. Nelan, AUSA