# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 1:09-CR-490 |
| The Public Warehousing Company ) | |
| K.S.C., a/k/a Agility, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION FOR CONTINUANCE
## OF INITIAL APPEARANCE AND ARRAIGNMENT AND
## SUPPLEMENTED CORPORATE DISCLOSURE STATEMENT

A hearing for initial appearance and arraignment in this matter is currently scheduled for 10:00 a.m. on Tuesday, December 1, 2009 before the Honorable Linda Walker. The government has attempted to serve Defendant The Public Warehousing Company, K.S.C., a/k/a Agility ("PWC"), a Kuwaiti company, by service on its United States subsidiary. There is a question as to whether such attempted service is adequate and sufficient. Accordingly, PWC requests a continuance so that the parties may attempt to resolve that issue.

PWC moves to continue the initial appearance to 2:00 p.m. on Tuesday, December 15, 2009 before the Honorable Gerrilyn G. Brill.

The United States does not object to this continuance.

ATI-2399549v1

Additionally, pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure, PWC amends its prior disclosure under that rule and identifies the following as any parent corporation or publicly held corporation that owns 10% or more of PWC's stock:

a. National Real Estate Co.; and

b. Public Institution For Social Security (Government of Kuwait pension service).

A proposed order is attached.

Dated: November 25, 2009

Respectfully submitted,

<u>s/Richard H. Deane, Jr.</u>
Richard H. Deane, Jr.
Ga. Bar No. 214875
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone: (404) 521-3939
Facsimile:  (404) 581-8330

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| United States of America, ) </br> ) </br> v. ) </br> ) </br> The Public Warehousing Company ) </br> K.S.C., a/k/a Agility, ) </br> ) </br> Defendant. ) </br> ) | CRIMINAL ACTION NO. </br> 1:09-CR-490 |

## PROPOSED ORDER

Upon good cause having been shown, initial appearance and arraignment in this matter is rescheduled to 2:00 p.m. on Tuesday, December 15, 2009 before the Honorable Gerrilyn G. Brill.

SO ORDERED, this the ____ day of November, 2009.

_____
The Honorable Linda T. Walker, Magistrate Judge for the United States District Court of the Northern District of Georgia

ATI-2399549v1

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filings to the following attorneys of record:

Barbara E. Nelan
Office of United States Attorney
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, Georgia 30303
Email: barbara.nelan@usdoj.gov

Richard E. Reed
U.S. Department of Justice
75 Spring Street, S.W.
Suite 1176
Atlanta, Georgia 30303
Email: richard.reed@usdoj.gov

This 25th day of November, 2009.

s/Richard H. Deane, Jr.
Richard H. Deane, Jr.

ATI-2399549v1