FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 1 2009  Nov. 30, 2009

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) CRIMINAL ACTION NO. |
| | ) 1:09-CR-490 |
| The Public Warehousing Company | ) |
| K.S.C., a/k/a Agility, | ) |
| | ) |
| Defendant. | ) |

## PROPOSED ORDER

Upon good cause having been shown, initial appearance and arraignment in this matter is rescheduled to 2:00 p.m. on Tuesday, December 15, 2009 before the Honorable Gerrilyn G. Brill.

SO ORDERED, this the 30 day of November, 2009.

_____
The Honorable Linda T. Walker, Magistrate
Judge for the United States District Court of
the Northern District of Georgia

ATI-2399549v1