IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| United States of America,            )<br>                                                         )<br>   v.                                                  )<br>                                                         )<br>The Public Warehousing Company   )<br>K.S.C., a/k/a Agility,                        )<br>                                                         )<br>           Defendant.                          )<br>                                                         ) | CRIMINAL ACTION NO.<br>1:09-CR-490 |

### DEFENDANT'S MOTION FOR CONTINUANCE
### OF INITIAL APPEARANCE AND ARRAIGNMENT

A hearing for initial appearance and arraignment in this matter was scheduled for 2:00 p.m. on December 15, 2009 before the Honorable Gerrilyn G. Brill and continued to an unspecified date and time. The government has attempted to serve Defendant The Public Warehousing Company, K.S.C., a/k/a Agility ("PWC"), a Kuwaiti company, by service on its United States subsidiary. There is a question as to whether such attempted service is adequate and sufficient. Accordingly, PWC requests a continuance so that the parties may attempt to resolve that issue.

PWC moves to continue the initial appearance to 11:30 a.m. on Friday, January 8, 2010 before the Honorable Alan J. Baverman.

The United States does not object to this continuance.

A proposed order is attached.

Dated:     December 28, 2009             Respectfully submitted,

s/Richard H. Deane, Jr.
Richard H. Deane, Jr.
Ga. Bar No. 214875
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone: (404) 521-3939
Facsimile:  (404) 581-8330

Attorney for Defendant

ATI-2404134v1

- 2 -

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 1:09-CR-490 |
| The Public Warehousing Company ) | |
| K.S.C., a/k/a Agility, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROPOSED ORDER

Upon good cause having been shown, initial appearance and arraignment in this matter is rescheduled to 11:30 a.m. on Friday, January 8, 2010 before the Honorable Alan J. Baverman.

SO ORDERED, this the ____ day of December, 2009.

_____
The Honorable Gerrilyn G. Brill, Magistrate
Judge for the United States District Court of
the Northern District of Georgia

ATI-2404134v1

## CERTIFICATE OF SERVICE

    I hereby certify that on this day I have caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filings to the following attorneys of record:

| | |
|---|---|
| Barbara E. Nelan | Richard E. Reed |
| Office of United States Attorney | U.S. Department of Justice |
| 75 Spring Street, S.W. | 75 Spring Street, S.W. |
| 600 United States Courthouse | Suite 1176 |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30303 |
| Email: barbara.nelan@usdoj.gov | Email: richard.reed@usdoj.gov |

This 28th day of December, 2009.

                                              s/Richard H. Deane, Jr.
                                              Richard H. Deane, Jr.