# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 1:09-CR-490 |
| The Public Warehousing Company ) | |
| K.S.C., a/k/a Agility, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROPOSED ORDER

Upon good cause having been shown, initial appearance and arraignment in this matter is rescheduled to 11:30 a.m. on Friday, January 8, 2010 before the Honorable Alan J. Baverman.

SO ORDERED, this the 30th day of December, 2009.

_____
The Honorable Alan J. Baverman
United States Magistate Judge