# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:09-cr-00490-UNA
### USA v. The Public Warehousing Company K.S.C.
### Honorable C. Christopher Hagy

Minute Sheet for proceedings held In Open Court on 01/29/2010.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 10:37 A.M.
TIME IN COURT: 00:02

TAPE NUMBER: FTR
DEPUTY CLERK: Carole Burks

| | |
|---|---|
| DEFENDANT(S): | [1] The Public Warehousing Company K.S.C. Present at proceedings |
| ATTORNEY(S) PRESENT: | Barbara Nelan representing USA<br>Richard Reed representing USA |
| PROCEEDING CATEGORY: | Miscellaneous Hearing(Arraignment); |
| PLEADINGS FILED IN COURT: | ORAL MOTION BY BOTH PARTIES TO CONTINUE ARRAIGNMENT UNTIL FEBRUARY 8, 2010. |