U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 09 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION ATLANTA
(USAO 2009R00410)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

ORIGINAL

COUNTY NAME: FULTON

DISTRICT COURT NO. 1 09-CR-490

~~UNDER SEAL~~

MAGISTRATE CASE NO. _____

_X_ Indictment   ___ Information   ___ Magistrate's Complaint

DATE: 2/9/2010   DATE: _____   DATE: _____

| UNITED STATES OF AMERICA vs.<br>**THE PUBLIC WAREHOUSE COMPANY K.S.C.**<br>a/k/a Agility | **FIRST SUPERSEDING**<br>1:0-CR-490, November 9, 2009<br>Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:   TOTAL COUNTS:
(as to deft)     (as to deft)

GREATER OFFENSE CHARGED:
_x_ Felony   ___ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. ___ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____   Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes ___ No
   ___ Federal ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes   ___ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE: _____
A.U.S.A.: BARBARA E. NELAN
DEFT'S ATTY: _____

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

BY: BARBARA E. NELAN
Assistant United States Attorney

DATE: February 9, 2010