# Exhibit A

DSCP-FORD-028627



**PWC LOGISTICS**
Global Supply Chain Excellence

Tuesday, January 24, 2006

Linda Ford, Contracting Officer
Defense Supply Center Philadelphia (DSCP)
Directorate of Subsistence, Bldg. #6
700 Robinns Avenue
Philadelphia, PA 19111

      Re:    **Notification of Contractor Name Change,**
               **The Public Warehousing Company, K.S.C.**

Dear Linda,

I am the General Counsel, Government Contracts for PWC Logistics and all subsidiary entities, including, but not limited to, PWC Logistics Services. I have reviewed the attached Articles of Association, in conjunction with local counsel.

The incorporation was performed consistent with the laws of the State of Kuwait. Attached are both the original Arabic and the Legally Certified Translation of the Articles of Association for your records. The original document will be forwarded this day to your attention via DHL carrier.

Please fee free to call or write me should any questions arise related to the requested change of name.

Sincerely,

*Sam W. M Cahon*

**Sam W. McCahon**
General Counsel, Government Contracts
**PWC Logistics**
Tel: +965 809-222
Tel: +965 498-1032 (Direct)
Fax: +965 498-1094
Mob:+965 721-5184
sm.mccahon@pwclogistics.com
www.pwclogistics.com
**Global Supply Chain Excellence**

Attachments:
Articles of Association for PWC Logistics Services
Legally Certified Translation of Articles of Association

---

The Public Warehousing Company KSC   شــــركــة الـمـخــازن الـعـمـومـيــة ش.م.ك

++ 965
Tel.: 809222: ت
Fax: 4679617: ف
www.pwclogistics.com

P O Box 25418 Safat 13115 Kuwait   Sulaibia - Beside Lande Customs Clearing Area

DSCP-FORD-028627