# Exhibit B



Corporate Structure as at 28th August 2006