# Exhibit C

| Case # 1:09-CR-0490  Pleadings relevant to Service Issue |
|---|---|---|---|
| Magistrate Judge's R&R rulings indicated below in [ ]. |
| Date | Doc# | RE: PWC | RE: Agility DGS Logistics |
| 2/8/2010 | 25 | PWC Motion to Quash Service of Process on Indictment [R&R: GRANT] | |
| 4/12/2010 | 51 | PWC Memorandum in Support of Motion to Quash Service of Process on Indictment | |
| 4/12/2010 | 54 | PWC Amended Motion to Quash Service of Process on Indictment [R&R: GRANT] | |
| 5/4/2010 | 81 | | Agility DGS Logistics Motion to Quash Service of Process [R&R: GRANT] |
| 6/21/2010 | 92 | United States Brief in Opposition of PWC Amended Motion to quash Service of Process | |
| 6/21/2010 | 93/94 | | United States Brief in Opposition of Agility DGS Logistics Motion to quash Service of Process |
| 6/30/2010 | 98 | | Agility DGS Logistics Reply Brief |
| 6/30/2010 | 100 | PWC Reply Memorandum in Support of its Amended Motion to Quash Service | |
| 7/28/2010 | 117 | United States notice of Additional Service of Process on PWC and Developments in Related Civil Proceedings | |
| 7/29/2010 | 118 | PWC Second Motion to Quash Service [R&R: GRANT] | |
| 8/12/2010 | 121 | United States Notice of Additional Service of Process on PWC | |
| 8/19/2010 | 124 | United States Response to PWC Second Motion to Quash Service | |
| 8/23/2010 | 126 | United States Motion for leave to file Supplemental Response to PWC's Second Motion to Quash Service [R&R: DENY] | |
| 9/1/2010 | 130 | PWC Reply Brief regarding Second Motion to Quash | |