

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                            Fax (404)581-6181*
*Atlanta, Georgia  30303*

November 16, 2010

United States District Judge
 and United States Magistrate Judge
United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia  30303

    Re:    Leave of Absence

Dear Judge:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on December 1 - 3, 2010.

    I request that the Court not schedule any court appearances during the dates shown for the case listed below.

                      Sincerely,

                      SALLY QUILLIAN YATES
                      UNITED STATES ATTORNEY


                      /s/ STEVEN D. GRIMBERG
                      ASSISTANT U. S. ATTORNEY

Attachment

Steven D. Grimberg, AUSA          November 16, 2010          Re:  Leave of Absence

| U.S. v. | CRIMINAL # |
|---|---|
| Public Warehousing Company K.S.C. | 1:09-CR-490 |