IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:09-CR-490-2-TWT |
| AGILITY DGS HOLDINGS, INC. formerly known as Agility Defense & Government Services, Inc. formerly known as PWC Logistics Services, Inc., | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 140] of the Magistrate Judge recommending granting the Government's Motion to Dismiss [Doc. 115] as to this Defendant only without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Government's Motion to Dismiss [Doc. 115] is GRANTED. This action is DISMISSED as to the Defendant Agility DGS Holdings, Inc. only without prejudice.

SO ORDERED, this 30 day of March, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge