# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 1:09-CR-490-TWT-AJB |
| The Public Warehousing Company ) | |
| K.S.C., a/k/a Agility; and ) | |
| ) | |
| Agility DGS Logistics Services Co., ) | |
| K.S.C.(C), d/b/a and f/k/a PWC ) | |
| Logistics Services K.S.C.(C), ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT PUBLIC WAREHOUSING COMPANY K.S.C.'S
## NOTICE OF APPEAL

Notice is hereby given that Public Warehousing Company, K.S.C., a/k/a Agility ("PWC"), defendant in the above named case, by and through its attorneys who are authorized to appear specially in order to address service and jurisdiction issues, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an order dated March 28, 2011, Docket No. 165, denying its motions to quash service.

ATI-2467941v1

Pursuant to Federal Rule of Appellate Procedure 21, PWC will be filing a petition for a writ of mandamus in the Eleventh Circuit with respect to the same order.

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that this document has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated:      April 8, 2011                    Respectfully submitted,

s/Richard H. Deane, Jr.
Richard H. Deane, Jr.
Ga. Bar No. 214875
David J. Bailey
Ga. Bar No. 031800
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone: (404) 521-3939
Facsimile:  (404) 581-8330

Attorneys for Defendant The Public Warehousing Company, K.S.C.

ATI- 2467941v1

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filings to the following attorneys of record.

| | |
|---|---|
| Justin S. Anand | Richard Wayne Hendrix |
| Alana R. Black | Finch McCranie |
| Steven D. Grimberg | 225 Peachtree Street, N.E. |
| Office of United States Attorney | 1700 South Tower |
| 75 Spring Street, S.W. | Atlanta, Georgia 30303 |
| 600 United States Courthouse | Email: rhendrix@finchmccranie.com |
| Atlanta, Georgia 30303 | |
| Email:  justin.anand@usdoj.gov | |
|        alana.black@usdoj.gov | |
|        steven.grimberg@usdoj.gov | |

This 8th day of April, 2011.

                                                 s/Richard H. Deane, Jr.
                                                 Richard H. Deane, Jr.