IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
1:09-CR-490

No. 11-11651-C

————————



UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THE PUBLIC WAREHOUSING COMPANY K.S.C.,
a.k.a. Agility,

Defendant - Appellant.

————————

Appeal from the United States District Court
for the Northern District of Georgia

————————

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 1 3 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Before EDMONDSON, HULL, and WILSON, Circuit Judges.

BY THE COURT:

Appellant seeks review of a district court order denying appellant's motions to quash service of process of the indictment. There has been no final judgment entered in the criminal proceedings in this case, and the Supreme Court has strictly interpreted the collateral-order exception in criminal cases, limiting its application thus far to orders that have denied three types of pre-trial motions: motions to reduce bail; motions to dismiss on double jeopardy grounds; and motions to dismiss

under the Speech or Debate Clause. 28 U.S.C. § 1291; *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798, 109 S.Ct. 1494, 1497, 103 L.Ed.2d 879 (1989) (citing *Flanagan v. United States*, 465 U.S. 259, 263, 104 S.Ct. 1051, 1054, 79 L.Ed.2d 288 (1984)). Accordingly, we lack jurisdiction over this appeal, and appellee's motion to dismiss the appeal is GRANTED.