

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*   *Fax: (404) 581-6181*
*Atlanta, Georgia  30303*

January 9, 2014

Ms. Sheila Sewell
Ms. Lisa Enix
Courtroom Deputies
U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia  30303

Re: U.S. v. The Public Warehousing Company, KSC  (1:09-CR-490-TWT-AJB)

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on February 14, 2014, March 26, 2014 through March 31, 2014, and April 24, 2014 through April 28, 2014.  I request that the Court not schedule any court appearances in the above-referenced matter for that date.

Sincerely,

SALLY QUILLIAN YATES
*United States Attorney*


/S/ GLENN D. BAKER
*Assistant United States Attorney*


cc via ECF:     Defense Counsel of record